No. 94–8945.   IN RE SPYCHALA.   Petition for writ of prohibition denied.

No. 94–1592.   BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL. C. A. 7th Cir.   Certiorari granted.

No. 94–1809.   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* EPSTEIN ET AL.   C. A. 9th Cir.   Motion of Business Roundtable for leave to file a brief as *amicus curiae* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 94–9088.   NEAL *v.* UNITED STATES.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 94–693.   HERNANDEZ *v.* TEXAS STATE BOARD OF DENTAL EXAMINERS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 94–999.   DOWNEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 94–1041.   HAWKINS ET UX. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–1339.   MALTBY *v.* WINSTON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 94–1407.   PENNSYLVANIA *v.* BULL.   Sup. Ct. Pa.   Certiorari denied.

No. 94–1417.   WOODALL ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 94–1482.   CLOUSER ET AL. *v.* GLICKMAN, SECRETARY OF AGRICULTURE, ET AL.   C. A. 9th Cir.   Certiorari denied.